In the Matter of BRITTANY ANNETTE M., a Child Alleged to be Permanently Neglected. DANIELLE McC., Appellant; EPISCOPAL SOCIAL SERVICES, Respondent.

Submitted November 28, 2011; decided January 12, 2012

Reported below, 88 AD3d 466.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of DAMIAN G. and Another, Infants. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JACQUELYN M., Appellant, et al., Respondent.

Submitted October 31, 2011; decided January 12, 2012

Reported below, 88 AD3d 1268.

Motion for leave to appeal granted. Motion for poor person relief granted.

HUDSON VALLEY FEDERAL CREDIT UNION, Appellant, v NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE et al., Respondents.

Submitted January 9, 2012; decided January 12, 2012

Reported below, 85 AD3d 415.

Motion by Federal Housing Finance Agency for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.